No. 07-13-0064-CV

Benjamin Allen Benge
 Appellant

☐ From the 69th District Court
  of Sherman County

☐ March 19, 2013

Robert N. Harris and Kari L. Imler-
 Harris, Appellees

☐ Opinion Per Curiam

J U D G M E N T   A B A T I N G   A N D   R E M A N D I N G   A P P E A L

It is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 69th District Court of Sherman County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o